UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WAYNE HOWARD | CIVIL ACTION |
| VERSUS | NO. 10-1623 |
| PATRICK GREEN, ET AL. | SECTION "A" (4) |

### O R D E R

The Court, having considered the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the plaintiff's objections to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Howard's § 1983 Complaint filed against Patrick Green, Virginia Madere, Amanda Prudhomme, Francisco Dean, Benny Stevens, Lyndsey Norton, and the New Orleans Parole Office is **DISMISSED WITH PREJUDICE** as time barred.

New Orleans, Louisiana, this 17th day of February, 2011.

UNITED STATES DISTRICT JUDGE